IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORMAN C. WHITE  :  CIVIL ACTION
　　　　　　　　　　:
VS.  :  NO.  02-4699
　　　　　　　　　　:
UNITED PARCEL SERVICES

## ORDER

AND NOW, this 31st of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable James McGirr Kelly to the Honorable Harvey Bartle, III..

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court