IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORMAN C. WHITE  :  CIVIL ACTION
   :
v.  :
   :
UNITED PARCEL SERVICES  :  NO. 02-4699

## **O R D E R**

AND NOW, this      day of           , 2002, is Ordered that the U.S. Marshal shall effect service in the above captioned case within 60 days.

BY THE COURT:

_____
HARVEY BARTLE III,      J.

Civ 12 (9/83)