IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORMAN C. WHITE            :       CIVIL ACTION
                                     :
       v.                         :
                                     :
UNITED PARCEL SERVICES    :       NO. 02-4699

FIRST SCHEDULING ORDER

**AND NOW**, this _____ day of December, 2002, **IT IS HEREBY ORDERED** that:

      1.  All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by April 30, 2003.

      2.  Parties shall serve reports of expert witnesses with respect to issues on which they have the burden of proof at least thirty (30) days before completion of discovery.

      3.  Parties shall serve any responsive reports on or before the date for completion of discovery.

      4.  Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed and served on or before May 8, 2003. <u>Every factual assertion in a brief shall be supported by a citation to the record where that fact may be found</u>.

      5.  No brief filed in support of or in opposition to <u>any</u> motion shall exceed 25 pages in length without prior leave of court.

6. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this Order and Local Rule of Civil Procedure 16.1(c), and <u>any motions in limine</u> as follows:

    A. Plaintiff(s) - on or before June 16, 2003; and
    B. Defendant(s) - on or before June 25, 2003.

7. The court will assign a Magistrate Judge to hold a settlement conference prior to the scheduled trial.

8. The case will be placed in the trial pool on July 1, 2003.

9. At least five (5) working days before the case is placed in the trial pool, each party shall submit to the Court, and serve on each other, proposed findings of fact and conclusions of law. The statement will list each proposed finding and conclusion in a separate numbered paragraph. Counsel should be concise and propose only those findings and conclusions that are essential to the claim or defense at issue. Conclusions of law should be accompanied by appropriate citations of legal authority.

10. Except in unusual circumstances, the Court will expect to hear counsel's closing arguments immediately at the conclusion of the trial.

    BY THE COURT:

    _____
    J.