```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORMAN C. WHITE                  :        CIVIL ACTION
                                 :
          v.                     :
                                 :
UNITED PARCEL SERVICES           :        NO. 02-4699
```

ORDER

AND NOW, this        day of April, 2003, it is hereby ORDERED that the request of plaintiff for the appointment of an attorney is DENIED.

_____

Plaintiff has filed a one sentence complaint in which he claims he "was a victim of discrimination base [sic] upon race and gender defamation of charitor [sic], deliberate malice, and racially offensive treatment, while employed at United Parcel Services." He gives no further details. On December 13, 2002, we entered a scheduling order which, among other things, required discovery to be completed by April 30, 2003. Plaintiff did not file his request for an attorney until April 2, 2003. Since he has provided the court with virtually no information about his claim, we are in no position to make a threshold determination as to its merits in fact or law or to undertake the further analysis required under <u>Tabron v. Grace</u>, 6 F.3d 147 (3d Cir. 1993).

                                        BY THE COURT:


                                        _____
                                                                    J.