```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NORMAN C. WHITE                :        CIVIL ACTION
                               :
        v.                     :
                               :
UNITED PARCEL SERVICES         :        NO. 02-4699

ORDER

    AND NOW, this        day of May, 2003, it is hereby ORDERED that the Clerk file the Amended Complaint received on May 13, 2003.

                  BY THE COURT:

                  _____
                                                          J.